AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Capitol Speciality Insurance Corporation<br>*Plaintiff*<br>v.<br>Aaron Rossi, Reditus Laboratories, LLC,<br>Davie and Associates Dermatopathology, P.A.<br>*Defendant* | )<br>)<br>) Civil Action No. 1:23-cv-01205<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   The Plaintiff Capitol Specialty Insurance Corporation has no duty to indemnify or defend Defendants Aaron Rossi Rossi and Davie and Associates Dermatopathology, P.A. in the lawsuit captioned Davie and Associates Dermatopathology, P.A. v. Reditus Healthcare, LLC et al., Case No. 21 L 19 (Circuit Court of the Tenth Judicial District, Tazewell County, Illinois).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Michael M. Mihm   on a motion for   Entry of Default.

Date:   11/27/2023

s/ Michael M. Mihm

*CLERK OF COURT*

*signature*

*Signature of Clerk or Deputy Clerk*